**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNON LEE HAMMOND,<br>Plaintiff<br>v.<br>WASHOE COUNTY SCHOOL DISTRICT,<br>Defendant | Case No.: 3:26-cv-00221-CSD<br>**Order**<br>Re: ECF No. 15 |

On April 24, 2026, Defendant filed a motion to dismiss the original complaint in this action. (ECF No. 15.) However, before that time Plaintiff had filed an amended complaint. (ECF No. 12.) Defendant's motion to dismiss (ECF No. 15) is therefore DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated: October 6, 2026

Craig S. Denney
United States Magistrate Judge